# United States District Court
## Southern District of Georgia

KELCEY CARRAND HAMMOCK
              Plaintiff

JUDGMENT IN A CIVIL CASE

v.                            CASE NUMBER:   CV607-025

WARDEN DON JARRIEL, et al
              Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of June 21, 2007, adopting the Report and

Recommendation of the U.S. Magistrate Judge as the opinion of the Court;

Judgment is hereby entered dismissing plaintiff's complaint. This action stands closed.

June 21, 2007                              Scott L. Poff
Date                                             Clerk

*Mary Anne Hill*
(By) Deputy Clerk